# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAN GOLUBIEWSKI and STEVEN CHECCHIA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DAVE INC.,<br><br>Defendant. | No. 3:22-cv-02077-MEM |

## ORDER GRANTING MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO COMPEL ARBITRATION

AND NOW, this 29th day of March, 2023, on consideration of Plaintiffs' Motion for Extension of Time to Respond to Defendant's Motion to Compel Arbitration, and all related papers, IT IS ORDERED THAT said motion is GRANTED.

IT IS FURTHER ORDERED that Plaintiffs shall respond to Defendant's Motion to Compel Arbitration no later than April 28, 2023.

BY THE COURT:

Hon. Malachy E. Mannion
United States District Judge