# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAN GOLUBIEWSKI and STEVEN CHECCHIA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DAVE INC.,<br><br>Defendant. | No.: 3:22-CV-02077-MEM<br><br>Hon. Malachy E. Mannion |

## MOTION FOR LEAVE TO FILE RESPONSE TO PLAINTIFFS' SUR-REPLY

Daniel T. Brier
Richard L. Armezzani
**MYERS BRIER KELLY**
425 Biden Street, Suite 200
Scranton, PA  18503

Edward D. Totino (*Pro Hac Vice*)
Benjamin W. Turner (*Pro Hac Vice*)
**BAKER & McKENZIE LLP**
10250 Constellation Blvd., Suite 1850
Los Angeles, CA  90067

*Attorneys for Defendant, DAVE INC.*

Defendant Dave Inc. ("Dave") respectfully files this motion for leave to file a response to the sur-reply (ECF 30) this Court granted Plaintiffs leave to file. ECF 29. Plaintiffs do not oppose this motion.

Sur-replies are appropriate where a "party seeks to respond to an argument raised for the first time by an opposing party." *Gentry v. Sikorsky Aircraft Corp.*, No. CV 18-1326, 2018 WL 6329147, at *2 (E.D. Pa. Dec. 4, 2018). Those circumstances were not present here when Plaintiffs asked for leave to file a sur-reply. In seeking leave to file the sur-reply, Plaintiffs incorrectly represented that Dave's reply in support of its motion to compel arbitration raised new arguments.

That was not true. Dave's reply brief addressed the assertions made in Plaintiffs' opposition. The reply brief also expounded on arguments made in Dave's moving papers. But Dave presented no completely new arguments or evidence. Nonetheless, in an effort to have the last word, Plaintiffs mischaracterized the briefing by Dave in its moving and reply papers, wrongly asserting that Dave presented "new" arguments on Reply. Plaintiffs also presented entirely new arguments of their own that do not even directly respond to points made in Dave's reply.

Accordingly, Dave respectfully requests leave to file the brief attached hereto as **Exhibit 1** to correct the misrepresentations and respond to Plaintiffs' newly-minted arguments in its sur-reply.

Dated:  May 24, 2023

Respectfully submitted,

**MYERS BRIER KELLY**

/s/ Daniel T. Brier
Daniel T. Brier
dbrier@mbklaw.com
Richard L. Armezzani
rarmezzani@mbklaw.com
**MYERS BRIER KELLY**
425 Biden Street, Suite 200
Scranton, PA  18503
Telephone: (570) 324-6100 Ext. 106
Facsimile: (570) 342-6147

Edward D. Totino (Pro Hac Vice)
Edward.totino@bakermckenzie.com
Benjamin W. Turner (SBN 256092)
Ben.turner@bakermckenzie.com
**BAKER & McKENZIE LLP**
10250 Constellation Blvd., Suite 1850
Los Angeles, California 90067
Telephone: (310) 201 4728
Facsimile: (310) 201 4721

*Attorneys for Defendant, DAVE INC.*

## CERTIFICATE OF CONCURRENCE/NONCONCURRENCE

I, Daniel T. Brier, hereby certify that I sought the concurrence of counsel for Plaintiff Kevin Abramowicz, Esquire, in this Motion.  Mr. Abramowicz concurs in this Motion.

/s/ Daniel T. Brier
Daniel T. Brier

## CERTIFICATE OF SERVICE

I, Daniel T. Brier, hereby certify that I served the foregoing Motion for Leave to File Response to Plaintiffs' Sur-Reply upon all counsel record via the Court's ECF system on this 24th day of May 2023.

/s/ Daniel T. Brier
Daniel T. Brier