## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAN GOLUBIEWSKI and STEVEN CHECCHIA, individually and on behalf of all others similarly situated, | No.: 3:22-CV-02077-MEM |
| Plaintiffs, | Hon. Malachy E. Mannion |
| v. | |
| DAVE INC., | |
| Defendant. | |

### ORDER

AND NOW, this ___ day of _____, 2023, upon consideration of Defendant DAVE INC.'s Motion for Leave To File Response To Plaintiffs' Sur-Reply, IT IS HEREBY ORDERED that the Motion is GRANTED.  Plaintiff shall file the Response attached as Exhibit 1 to their motion for leave within one (1) day of the date of this order.

BY THE COURT:

_____
Malachy E. Mannion
United States District Judge