# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAN GOLUBIEWSKI and STEVEN CHECCIA, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs<br><br>　v.<br><br>DAVE INC.,<br>　　　　　Defendant | No. 3:22cv2077<br><br>(Judge Munley) |

## ORDER

**AND NOW**, to wit, this 5th day of December 2023, the motion for extension of case management deadlines (Doc. 46) is hereby **DENIED**. The court will address the case management deadlines once the pending motion to compel arbitration has been ruled upon.

BY THE COURT:

_____
JUDGE JULIA K. MUNLEY
United States District Court