UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAN GOLUBIEWSKI and STEVEN CHECCHIA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DAVE INC.,<br><br>Defendant. | Case No. 3:22-cv-02077<br><br>(Hon. Karoline Mehalchick) |

## JOINT STATUS REPORT

On May 20, 2024, the Court stayed this case, and directed counsel to file a status report upon: (1) resolution by the Pennsylvania Supreme Court of *Chilutti v. Uber Technologies, Inc.*, No. 257 EAL 2023; or (2) action by the Third Circuit in *Checchia v. Solo Funds, Inc.*, No. 23-2193, lifting the stay in that matter. (Doc. 58.)

On August 8, 2024, the Third Circuit lifted the stay in *Checchia*, and vacated and remanded the matter so the parties could conduct limited discovery related to arbitrability. (*See* Exhibit A (*Checchia* Opinion).)[1] Given the Third Circuit's opinion in *Checchia*, the parties respectfully request that they be permitted to conduct limited discovery related to arbitrability for a period of 90 days, after which time the parties

---

[1] As of August 8, 2024, the *Chilutti* petition for allocatur remains pending.

will discuss a stipulation to provide supplemental briefs regarding Defendant's motion to compel arbitration.

Dated: August 13, 2024						/s/ Kevin Abramowicz
								Kevin Abramowicz
								Kevin Tucker
								Chandler Steiger
								Stephanie Moore
								Kayla Conahan
								**East End Trial Group LLC**
								6901 Lynn Way, Ste 215
								Pittsburgh, PA 15208
								kabramowicz@eastendtrialgroup.com
								ktucker@eastendtrialgroup.com
								csteiger@eastendtrialgroup.com
								smoore@eastendtrialgroup.com
								kconahan@eastendtrialgroup.com

								*Attorneys for Plaintiffs*

Dated: August 13, 2024						/s/ Edward Totino
								Edward Totino
								Ben Turner
								**Baker & McKenzie LLP**
								10250 Constellation Blvd, Ste 1850
								Los Angeles, CA 90067
								edward.totino@bakermckenzie.com
								ben.turner@bakermckenzie.com

								*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on August 13, 2024, this Status Report was served on all counsel of record electronically via the Court's CM/ECF system.

*/s/ Kevin Abramowicz*
Kevin Abramowicz

4