**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

DAN GOLUBIEWSKI and STEVEN CHECCHIA, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

DAVE INC.,

Defendant.

Case No. 3:22-cv-02077

**NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiffs respectfully submit *Franklin v. Dave, Inc.* (attached as Exhibit A) as supplemental authority. *Franklin* is relevant to Defendant's pending motion to compel arbitration.

Dated: December 11, 2024

/s/ Kevin Abramowicz
Kevin Abramowicz
Kevin Tucker
Chandler Steiger
Stephanie Moore
**East End Trial Group LLC**
6901 Lynn Way, Suite 215
Pittsburgh, PA 15208
Tel: (412) 223-5740
Fax: (412) 626-7101
kabramowicz@eastendtrialgroup.com
ktucker@eastendtrialgroup.com
csteiger@eastendtrialgroup.com
smoore@eastendtrialgroup.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that, on December 11, 2024, a true and correct copy of this Notice of Supplemental Authority was filed and served on the following counsel of record electronically via the Court's CM/ECF system:

Daniel T. Brier
Richard L. Armezzani
**Myers, Brier & Kelly, LLP**
425 Biden Street, Suite 200
Scranton, PA 18503
dbrier@mbklaw.com
rarmezzani@mbklaw.com

Edward D. Totino
Benjamin W. Turner
**Baker & McKenzie LLP**
10250 Constellation Boulevard, Suite 1850
Los Angeles, CA 90067
edward.totino@bakermckenzie.com
benjamin.turner@bakermckenzie.com

*/s/ Kevin Abramowicz*
Kevin Abramowicz